# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00229-CV

Aziz Shakarzahi and Ilia Shakarzahi, Appellants

v.

Raymond Malooly; Alan Malooly; Malooly Corporation; Pebble Hills Plaza, Ltd.; ASLM, Ltd.; ASLM II, Ltd.; January 2K, Ltd.; and Federal Acceptance Corporation, Appellees

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 14-0140-C277, HONORABLE STACEY MATHEWS, JUDGE PRESIDING

## O R D E R

PER CURIAM

Under the circumstances of this case, this Court will grant appellants one final extension of the deadline to file their brief until April 22, 2016. No further extensions will be granted.

It is ordered on April 6, 2016.

Before Chief Justice Rose, Justices Pemberton and Bourland